IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN D. RUTLEDGE,

Appellant,

v.

FEDERAL NATIONAL
MORTGAGE CORPORATION,
LINDA M. ROARK, TENANT,
ANNA A. ANDERSON A/K/A
ANNA B. ANDERSON, ET AL.,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4742

_____/

Opinion filed March 11, 2015.

An appeal from the Circuit Court for Duval County.
William A. Wilkes, Judge.

John D. Rutledge, pro se, Appellant.

Kathleen E. Angione of SHD Legal Group, P.A., Ft. Lauderdale, for Appellee.

PER CURIAM.

        AFFIRMED.

CLARK, ROWE, and MAKAR, JJ., CONCUR.